## Harrisburg *v.* Miller.

OPINION BY Mr. JUSTICE POTTER, July 17, 1901:

This case involves precisely the same question as that in Harrisburg v. McPherran, ante, p. 343.   The judgment is, therefore, affirmed.